**Foster, Wayne**

Subject:          FW: Work in progress

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 8:08 PM
To: Hammond, Scott
Subject: RE: Work in progress

**FILED**

MAR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott:

Thanks for all the helpful information, which was great. We will cite a
bunch of it in the article. Is the termination letter you sent to SNSA
part of the public record (dated 1/15/03)? If so, we'd like to quote
directly from letter concerning the Court's misstatement about the
Division's position on SNSA's cooperation.

Best,

Jim

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 6:30 PM
To: Walden, James
Subject: RE: Work in progress

I just sent you a fax with transcripts and exhibits from the public
record which put into context the representations made by counsel for
the applicant about Stolt's withdrawal from the conspiracy in March 02
as well as our statement that if the letters sent by Stolt to its
competitors to effectuate the withdrawal were simply a "head fake" then
the company would be out of the program. I'm around tonight or tomorrow
if you want to discuss.

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 4:49 PM
To: Hammond, Scott
Subject: RE: Work in progress

[redacted] While I am at it, my cell phone is [redacted]

(b)(6)

anks,

Jim

1

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 2:51 PM
To: Walden, James
Subject: RE: Work in progress

thanks, what is your fax?

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 1:04 PM
To: Hammond, Scott
Subject: RE: Work in progress

By the way, it is: ████████████    caf:
                                  (b)(6)

Thanks again for your input.

Best,

Jim

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 10:09 AM
To: Walden, James
Subject: RE: Work in progress

Jim -- I need your phone number.  Call me.  I have some comments on what
you have sent me so far.

Scott

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 12:02 AM
To: Hammond, Scott
Subject: Work in progress

Scott:

Attached is a very rough draft of the article.  This first section is
most complete, while the second and third (which will be shorter) are
coming along.  In light of the finding's of my research and the harsh
view I take of the Stolt-Nielsen opinion, I thought it would be helpful
have your reactions early (if you have time).

Best,

2

Jim

<<ABAArticle.doc>>

3