CO-386-online
10/03

# United States District Court
# For the District of Columbia

Stolt-Nielsen Transportation Group Ltd., )
)
)
)
     vs           Plaintiff  )   Civil Action No._____
)
United States Department of Justice  )
)
)
              Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Stolt-Nielsen Transportation Group Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Stolt-Nielsen Transportation Group Ltd.__ which have any outstanding securities in the hands of the public:

Stolt-Nielsen S.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_  3/14/2006
Signature

__446088__
BAR IDENTIFICATION NO.

Lucius B. Lau
Print Name

701 13th Street, N.W.
Address

Washington,   DC        20005
City          State     Zip Code

(202) 626-3696
Phone Number