UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.
800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854,

        *Plaintiff*,

v.

United States of America,

        *Defendant*.

Civil Case No. 06cv474 (RJL)

## PROOF OF SERVICE OF CASE MANAGEMENT ORDER

Pursuant to Local Civil Rule 5.3 and the Case Management Order entered by the Court on March 16, 2006, plaintiff, Stolt-Nielsen Transportation Group Ltd., respectfully files its proof of service of the Case Management Order. On March 17, 2006, a true and correct copy of that order was served upon the following parties by first-class mail:

    Alberto R. Gonzales
    United States Attorney General
    Main Justice Building
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530-0001

    Kenneth L. Wainstein
    United States Attorney
     for the District of Columbia
    555 4th Street, N.W.
    Washington, D.C. 20530

Dated: March 17, 2006                    Respectfully submitted,

**WHITE & CASE** LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2006, I caused to be served a true and correct copy of "PROOF OF SERVICE OF CASE MANAGEMENT ORDER" by first-class mail upon:

>Alberto R. Gonzales
>United States Attorney General
>Main Justice Building
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Kenneth L. Wainstein
>United States Attorney
> for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530

_____
Lucius B. Lau