AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stolt-Nielsen Transportation Group, Ltd.

                      Plaintiff,              **SUMMONS IN A CIVIL CASE**

V.

United States of America

                      Defendant.

                                  CASE NUMBER: 06-474 (RJL)

TO: (Name and address of Defendant)

Alberto R. Gonzales
United States Attorney General
Main Justice Building
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lucius B. Lau
White & Case LLP
701 13th Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      MAR 17 2006

CLERK                                                      DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | March 17, 2006 |
| NAME OF SERVER *(PRINT)* Jameson J. Dempsey | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served certified mail, return receipt requested, serial # 7002 3150 0000 8132 0846 on Alberto Gonzales, U.S. Attorney Gen'l, Main Justice Building, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  N/A | SERVICES postage, certified mail, & return receipt requested | TOTAL  $8.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 17, 2006
                     Date

*Signature of Server*

WHITE & CASE LLP
701 13th Street, NW
Washington, DC  20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.