UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.
800 Connecticut Avenue
4th Floor East
Norwalk, CT  06854,

      *Plaintiff,*

v.

United States of America,

      *Defendant.*

Civil Case No. 06cv474 (RJL)

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT
ON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, plaintiff, Stolt-Nielsen Transportation Group Ltd., respectfully files its proof of service of the summons and complaint. As indicated in the attached return of service, copies of the summons and complaint were served on March 17, 2006 upon the U.S. Attorney for the District of Columbia by certified mail.

Dated:  March 17, 2006

Respectfully submitted,

WHITE & CASE LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C.  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2006, I caused to be served a true and correct copy of "PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA" by first-class mail upon:

> Alberto R. Gonzales
> United States Attorney General
> Main Justice Building
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> Kenneth L. Wainstein
> United States Attorney
>  for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

_____
Lucius B. Lau