UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States Department of Justice, *Defendant*. | Civil Case No. 1:06CV00474 (RJL) |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
**ON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, plaintiff, Stolt-Nielsen Transportation Group Ltd., respectfully files its proof of service of the summons and complaint. As indicated in the attached return of service, copies of the summons and complaint were served on March 27, 2006 upon the U.S. Attorney for the District of Columbia by certified mail.

Dated: April 10, 2006

Respectfully submitted,

WHITE & CASE LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stolt-Nielsen Transportation Group, Ltd.

                Plaintiff,

V.

United States of America

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-474 (RJL)

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lucius B. Lau
White & Case LLP
701 13th Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON               MAR 17 2006

CLERK                                               DATE

*Jackie Frazer* (signature)
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | March 27, 2006 |
| NAME OF SERVER (PRINT)  Jameson J. Dempsey | TITLE | Legal Assistant |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    G  Other (specify):  Served certified mail, return receipt requested, serial # 7002 3150 0000 8132 0839 on Kenneth L. Wainstein, United States Attorney's Office, 555 4th Street, NW Washington, DC, 20530.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  N/A | SERVICES  postage, certified mail, & return receipt requested | TOTAL  $8.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 10, 2006          *[signature]*
                  Date                   *Signature of Server*

WHITE & CASE LLP
701 13th Street, NW
Washington, DC  20005

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) _[illegible]_  C. Date of Delivery MAR 27 2006<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Kenneth L. Wainstein<br>U.S. Attorney<br>United States Attorney's Office<br>555 4th St, N.W.<br>Washington, DC 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 3150 0000 8132 0839 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2006, I caused to be served a true and correct copy of "PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA" by first-class mail upon:

>Alberto R. Gonzales
>United States Attorney General
>Main Justice Building
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Kenneth L. Wainstein
>United States Attorney
> for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530

_____
Lucius B. Lau