UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., ) ) ) ) Plaintiff, ) ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) | Civil Action No. 06-474 (RJL) |

**CONSENT MOTION OF DEFENDANT
TO ENLARGE THE TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may file an answer or otherwise respond to the complaint. An answer is due on or about April 17, 2006.

This is an action brought pursuant to the Freedom of Information Act ("FOIA"). Plaintiff claims that it made several FOIA requests to the Department of Justice ("DOJ") but that DOJ has not released any records responsive to plaintiff's requests. Plaintiff correctly notes in the complaint that the instant action is related to another case before this Court, *Stolt-Nielsen v. United States*, 05-cv-2217. The parties have conferred with regard to scheduling and substantive matters in the companion case and their discussions have necessarily included, in part, scheduling matters for the instant case.

The grounds for the motion to extend time are that as a result of the necessity to divide its resources between two separate lawsuits, defendant needs more than thirty days to answer or

otherwise respond to the instant lawsuit. Defendant had focused its attention and directed its resources into attempting to narrow the contested issues in the companion case. Currently, defendant is working on a *Vaughn* index in the companion case which is due on May 25, 2006. For this reason, Defendant estimates that it will need an additional sixteen days beyond April 17, 2006, in which to answer or otherwise respond to the complaint.

WHEREFORE, defendant moves to extend the time in which it may answer or otherwise respond to the complaint, until and including, May 3, 2006.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332