UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 06-474 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is this \_\_\_\_\_ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including May 3, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau
701 13th St., N.W.
Washington, D.C. 20005