Foster, Wayne

Subject: FW: Work in progress

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 8:08 PM
To: Hammond, Scott
Subject: RE: Work in progress

**FILED**

**MAR 14 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott:

Thanks for all the helpful information, which was great. We will cite a bunch of it in the article. Is the termination letter you sent to SNSA part of the public record (dated 1/15/03)? If so, we'd like to quote directly from letter concerning the Court's misstatement about the Division's position on SNSA's cooperation.

Best,

Jim

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 6:30 PM
To: Walden, James
Subject: RE: Work in progress

I just sent you a fax with transcripts and exhibits from the public record which put into context the representations made by counsel for the applicant about Stolt's withdrawal from the conspiracy in March 02 as well as our statement that if the letters sent by Stolt to its competitors to effectuate the withdrawal were simply a "head fake" then the company would be out of the program. I'm around tonight or tomorrow if you want to discuss.

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 4:49 PM
To: Hammond, Scott
Subject: RE: Work in progress

████████ While I am at it, my cell phone is ████████  (b)(6)

anks,

Jim

1

**GOVERNMENT EXHIBIT 2**

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 2:51 PM
To: Walden, James
Subject: RE: Work in progress

thanks, what is your fax?

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 1:04 PM
To: Hammond, Scott
Subject: RE: Work in progress

By the way, it is: [redacted] (b)(6)

Thanks again for your input.

Best,

Jim

-----Original Message-----
From: Scott.Hammond@usdoj.gov [mailto:Scott.Hammond@usdoj.gov]
Sent: Tuesday, January 25, 2005 10:09 AM
To: Walden, James
Subject: RE: Work in progress

Jim -- I need your phone number. Call me. I have some comments on what you have sent me so far.

Scott

-----Original Message-----
From: JWalden@OMM.com [mailto:JWalden@OMM.com]
Sent: Tuesday, January 25, 2005 12:02 AM
To: Hammond, Scott
Subject: Work in progress

Scott:

Attached is a very rough draft of the article. This first section is most complete, while the second and third (which will be shorter) are coming along. In light of the finding's of my research and the harsh view I take of the Stolt-Nielsen opinion, I thought it would be helpful have your reactions early (if you have time).

Best,

2

Jim

<<ABAArticle.doc>>

3