

U.S. Department of Justice

Antitrust Division

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

April 27, 2006

Lucius B. Lau
Mark Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Re: <u>Freedom of Information Act Request No. ATFY06-038</u>

Dear Messrs. Lau and Gidley:

    This letter responds to a November 9, 2005 Freedom of Information Act (FOIA or Act) request submitted by Mr. Lau for "copies of speeches, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, program materials announcing the speaking event, notes of any DOJ participant at a speech, emails relating to speeches, and any other documents related to any speeches (collectively "speeches and speech-related materials") by any Antitrust Division official, which discusses in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's 'attempted' withdrawal of amnesty from SNTG, and/or the Antitrust Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the Third Circuit and/or the investigation into SNTG (the "SNTG matters")." Ms. Skuĉas specifically requested material relating to the following:

    "(1) Any speeches and speech-related materials relating to speeches relating to the SNTG matters by Scott D. Hammond, Deputy Assistant Attorney General 'and Director of Criminal Enforcement,' from November 9, 2005 (the date of SNTG's prior FOIA request, assigned control number ATFY06-019) to the present, including but not limited to the speech given by Mr. Hammond at the National Press Club in Washington, D.C. on November 16. 2005; and

    (2) Any public speeches and speech-related materials relating to speeches give by any other Antitrust Division official concerning the SNTG matters, including but not limited to Lisa Phelan '(Chief, National Crime Enforcement Division),' from March 1, 2004 to the present."

    This request is a subject of the current lawsuit filed by your client styled *Stolt-Nielsen Transportation Group Ltd. v. United States Department of Justice* (D.D.C. filed March 14, 2006).

GOVERNMENT EXHIBIT 9

We are enclosing two documents (20 pages) responsive to your request. Please be advised that we were unable to locate any additional documents responsive to this request.

Sincerely yours,

*[signature]*

Ann Lea Richards
Chief, FOIA/PA

Enclosures