UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States Department of Justice, *Defendant*. | Civil Action No. 06cv474 (RJL) |

### ORDER

Upon consideration of the motion for partial summary judgment filed by plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that partial summary judgment is hereby entered in favor of Stolt-Nielsen; and it is further

ORDERED that the Antitrust Division of the United States Department of Justice ("Antitrust Division") shall produce all of the following documents to Stolt-Nielsen with fourteen (14) days of the date of this Order (to the extent such documents have not already been produced to Stolt-Nielsen):

(1) any and all documents that reflect, memorialize, embody or contain communications regarding the investigation into the parcel tanker investigation, to or from (1) David S. Golub; (2) Jonathan M. Levine; (3) James M. Griffin, following his departure from the Antitrust Division in December 2004; and (4)

        Donald I. Baker, the author of a September 26, 2005 article in the *Legal Times* entitled *True Confessions*;

(2)    any and all amnesty agreements entered into by the Antitrust Division from August 1993 to October 14, 2005;

(3)    (a) any speeches and speech-related materials concerning Stolt-Nielsen given by Scott D. Hammond from June 2, 2005 to the present, including but not limited to the speeches given by Mr. Hammond (i) in New York City on September 14, 2005, and (ii) in Brussels, Belgium on October 26, 2005; and (b) any public speeches and speech-related materials concerning Stolt-Nielsen given by any other Antitrust Division official concerning Stolt-Nielsen, including but not limited to Lisa Phelan (currently Chief, National Criminal Enforcement Section), from March 1, 2004 to January 24, 2006;

(4)    any and all documents that reflect, memorialize, embody or contain communications regarding the investigation into the parcel tanker investigation, to or from (a) any attorney with St. Martin & Williams, including but not limited to Conrad S.P. "Duke" Williams III; and (b) any attorney with Kasowitz, Benson, Torres & Friedman LLP, including but not limited to Hector Torres, Harold G. Levinson, or Gary W. Dunn.

Dated: _____, 2006              _____
                                                               Honorable Richard J. Leon, Judge

cc: Lucius B. Lau, Esq.
White & Case, LLP
701 13th Street, NW
Washington, D.C. 20005

(Counsel to Stolt-Nielsen Transportation Group Ltd.)

Charlotte A. Abel, Esq.
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

(Counsel to United States Department of Justice)