UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff*,

v.

United States Department of Justice,

*Defendant*.

Civil Action No. 06cv474 (RJL)

### DECLARATION OF LUCIUS B. LAU

I, Lucius B. Lau, declare as follows:

1. I am a Counsel with White & Case LLP in Washington, D.C. I am a member of the bar of this Court as well as the Virginia State Bar and the District of Columbia Bar. I make this declaration based upon my personal knowledge.

I. **The Antitrust Division's Corporate Leniency Policy And Speeches Given By Antitrust Division Officials Concerning That Policy**

2. Attached as Exhibit 1 is a true and correct copy of the Corporate Leniency Policy of the Antitrust Division of the United States Department of Justice ("Antitrust Division"), dated August 10, 1993.

3. Attached as Exhibit 2 is a true and correct copy of Scott D. Hammond, "An Update of the Antitrust Division's Criminal Enforcement Program" (Nov. 16, 2005).

4. Attached as Exhibit 3 is a true and correct copy of Scott D. Hammond, "Cornerstones Of An Effective Leniency Program" (Nov. 22, 2004).

5. Attached as Exhibit 4 is a true and correct copy of Scott D. Hammond, "When Calculating The Costs And Benefits Of Applying For Corporate Amnesty, How Do You Put A Price Tag On An Individual's Freedom?" (March 8, 2001).

6. Attached as Exhibit 5 is a true and correct copy of Scott D. Hammond, "Fighting Cartels – Why And How? Lessons Common To Detecting And Deterring Cartel Activity" (Sept. 12, 2000).

7. Attached as Exhibit 6 is a true and correct copy of Scott D. Hammond, "Detecting And Deterring Cartel Activity Through An Effective Leniency Program," (Nov. 21, 2000).

8. Attached as Exhibit 7 is a true and correct copy of Gary R. Spratling, "Making Companies An Offer They Shouldn't Refuse" (Feb. 16, 1999).

9. Attached as Exhibit 8 is a true and correct transcription of "Recent Developments In Antitrust Law," 19th Annual National Institute On White Collar Crime 2005, Las Vegas, Nevada, March 3, 2005.

10. Attached as Exhibit 9 is a true and correct copy of Gary R. Spratling, "Transparency In Enforcement Maximizes Cooperation From Antitrust Offenders" (Oct. 15, 1999).

## II. Stolt-Nielsen's Amnesty Agreement And Related Correspondence

11. Attached as Exhibit 10 is a true and correct copy of an amnesty agreement between Stolt-Nielsen Transportation Group Ltd. and the Antitrust Division of the United States Department of Justice, dated January 15, 2003.

12. Attached as Exhibit 11 is a true and correct copy of a letter from Robert E. Connolly to John M. Nannes, dated April 8, 2003.

## III. Stolt-Nielsen's Civil Action Concerning The Amnesty Agreement Filed In The United States District Court For The Eastern District Of Pennsylvania

13. Attached as Exhibit 12 is a true and correct copy of the complaint filed in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated February 6, 2004.

14. Attached as Exhibit 13 is a true and correct copy of a court order entered in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated February 13, 2004.

15. Attached as Exhibit 14 is a true and correct copy of a letter from James M. Griffin to J. Mark Gidley, dated March 2, 2004.

16. Attached as Exhibit 15 is a true and correct copy of the trial transcripts in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated April 13-14, 2004.

17. Attached as Exhibit 16 is a true and correct copy of "Government's Motion To Unseal" filed in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated May 13, 2004.

18. Attached as Exhibit 17 is a true and correct copy of *Stolt-Nielsen S.A. v. United States*, 352 F. Supp. 2d 553 (E.D.Pa. 2005), *rev'd*, 442 F.3d 177 (3d Cir. 2006).

19. Attached as Exhibit 18 is a true and correct copy of a court order entered in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated January 14, 2005.

IV. **The Antitrust Division's Appeal To The Third Circuit**

20. Attached as Exhibit 19 is a true and correct copy of select pages from "Brief for Appellant United States of America," filed in *Stolt-Nielsen S.A. v. United States*, No. 05-1480 (3d Cir.), dated May 17, 2005.

21. Attached as Exhibit 20 is a true and correct copy of select pages from "Reply Brief for Appellant United States of America," filed in *Stolt-Nielsen S.A. v. United States*, No. 05-1480 (3d Cir.), dated July 7, 2005.

22. Attached as Exhibit 21 is a true and correct copy of a letter from John J. Powers, III to the Clerk, U.S. Court of Appeals for the Third Circuit, dated September 27, 2005.

23. Attached as Exhibit 22 is a true and correct copy of *Stolt-Nielsen S.A. v. United States*, 442 F.3d 177 (3d Cir. 2006).

V. **Articles Concerning Stolt-Nielsen And Related Material**

24. Attached as Exhibit 23 is a true and correct copy of Rajesh Joshi, "FBI's 'strong case' may lead to more Stolt-Nielsen arrests," *Lloyd's List* (August 13, 2003).

25. Attached as Exhibit 24 is a true and correct copy of Jim Walden, Kristopher Dawes, *The Curious Case of Stolt-Nielsen S.A. v. United States*, The Antitrust Source (March 2005).

26. Attached as Exhibit 25 is a true and copy of an e-mail from Jim Walden to Scott Hammond, dated January 25, 2005 (FOIA-DOJ-000034), obtained from the Antitrust Division in response to a FOIA request.

27. Attached as Exhibit 26 is a true and correct copy of Donald L. Baker, *True Confessions*, Legal Times (Sept. 26, 2005).

## VI. FOIA Requests And FOIA-Related Correspondence

28. Attached as Exhibit 27 is a chart summarizing the 12 FOIA requests made by Stolt-Nielsen Transportation Group Ltd. between June 2, 2005 through January 26, 2006.

29. Attached as Exhibit 28 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated October 14, 2005 (concerning communications to or from certain private attorneys).

30. Attached as Exhibit 29 is a true and correct copy of a letter from Ann Lea Richards to Ruta Kalvaitis Skučas, dated December 16, 2005 (assigning FOIA Request No. ATFY06-003).

31. Attached as Exhibit 30 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-003).

32. Attached as Exhibit 31 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated October 14, 2005 (concerning amnesty agreements entered into by the Antitrust Division).

33. Attached as Exhibit 32 is a true and correct copy of a letter from Ann Lea Richards to Ruta Kalvaitis Skučas, dated December 16, 2005 (assigning FOIA Request No. ATFY06-002).

34. Attached as Exhibit 33 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-002).

35. Attached as Exhibit 34 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated November 9, 2005 (concerning speeches and speech-related material).

36. Attached as Exhibit 35 is a true and correct copy of a letter from Ann Lea Richards to Ruta Kalvaitis Skučas, dated December 16, 2005 (assigning FOIA Request No. ATFY06-019).

37. Attached as Exhibit 36 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-019).

38. Attached as Exhibit 37 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated December 7, 2005 (concerning the International Competition Network).

39. Attached as Exhibit 38 is a true and correct copy of a letter from Ann Lea Richards to Ruta Kalvaitis Skučas, dated December 16, 2005 (assigning FOIA Request No. ATFY06-026).

40. Attached as Exhibit 39 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-026).

41. Attached as Exhibit 40 is a true and correct copy of a letter from Lucius B. Lau to FOIA/PA Officer, Antitrust Division, dated January 24, 2006 (concerning speeches and speech-related material).

42. Attached as Exhibit 41 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated February 2, 2006 (assigning FOIA Request No. ATFY06-038).

43. Attached as Exhibit 42 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-038).

44. Attached as Exhibit 43 is a true and correct copy of a letter from Lucius B. Lau to FOIA/PA Officer, Antitrust Division, dated January 26, 2006 (concerning communications to or from certain private attorneys).

45. Attached as Exhibit 44 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated February 2, 2006 (assigning FOIA Request No. ATFY06-040).

46. Attached as Exhibit 45 is a true and correct copy of a letter from Ann Lea Richards to Lucius B. Lau, dated April 27, 2006 (acting on FOIA Request No. ATFY06-040).

### VII. Miscellaneous

47. Attached as Exhibit 46 is a true and correct copy of select pages of a hearing transcript in *Paul E. O'Brien v. Stolt-Nielsen Transportation Group Ltd.*, No. X08-CV-02-0190051-S (Conn. Super. Ct.), dated March 29, 2004.

48. Attached as Exhibit 47 is a true and correct copy of select pages of a hearing transcript in *Paul E. O'Brien v. Stolt-Nielsen Transportation Group Ltd.*, No. X08-CV-02-0190051-S (Conn. Super. Ct.), dated July 27, 2004.

49. Attached as Exhibit 48 is a true and correct copy of an amnesty agreement between the Antitrust Division and Christie's International plc, dated January 2000 (FOIA-DOJ-000590 – FOIA-DOJ-000593), provided to Stolt-Nielsen in response to a FOIA request.

50. Attached as Exhibit 49 is a true and correct copy of Gary R. Spratling, "The Corporate Leniency Policy: Answers To Recurring Questions" (April 1, 1998).

51. Attached as Exhibit 50 is a true and correct copy of an e-mail sent from Robert Connolly to an unidentified individual, dated June 8, 2005 (FOIA-DOJ-000667 – FOIA-DOJ-000671), provided to Stolt-Nielsen in response to a FOIA request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2006
Washington, D.C.

_____
Lucius B. Lau