# Exhibit 18

TJS 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STOLT-NIELSEN S.A., STOLT-NIELSEN TRANSPORTATION GROUP, LTD. and RICHARD WINGFIELD | : | CIVIL ACTION |
| v. | : | NO. 04-CV-537 |
| UNITED STATES OF AMERICA | : | |





### ORDER

**AND NOW**, this 14th day of January, 2005, after notice to counsel, it is **ORDERED** that the Order granting Stolt-Nielsen's Motion to Seal (Document No. 2) and the Order denying the Government's Motion to Unseal (Document No. 51) are **VACATED**.

**IT IS FURTHER ORDERED** as follows:

1. With the exception of the Government's *In Camera* and *Ex Parte* Submission in Support of its Response in Opposition to Plaintiff's Motion for Preliminary Injunction and the Government's Supplemental *In Camera* and *Ex Parte* Submission (Document No. 17), all documents in this case are **UNSEALED**.

2. The Government's *In Camera* and *Ex Parte* Submission in Support of its Response in Opposition to Plaintiff's Motion for Preliminary Injunction and the Government's Supplemental *In Camera* and *Ex Parte* Submission (Document No. 17) shall remain **SEALED**.

ENTERED
JAN 1 4 2005
CLERK OF COURT

_____
TIMOTHY J. SAVAGE, J.