# Exhibit 29



**U.S. Department of Justice**

Antitrust Division

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC  20530*

December 16, 2005

Ruta Kalvaitis Skuĉas
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

          Re:    <u>Freedom of Information Act Request No. ATFY06-003</u>

Dear Ms. Skuĉas:

        This letter acknowledges receipt of your October 14, 2005 Freedom of Information Act request for any and all documents that reflect, memorialize, embody or contain communications regarding the investigation into the parcel tanker industry, to or from the following: (1) David S. Golub; (2) Jonathan M. Levine; (3) James M. Griffin, following his departure from the Antitrust Division in December 2004; and (4) Donald I. Baker, the author of a September 26, 2005 article published in the Legal Times entitled *True Confessions*.  Your request was received on October 14, 2005 and was assigned control number ATFY06-003.

        The records you seek are maintained outside of this Office and our staff has not yet been able to complete a search to determine whether there are records within the scope of your request. Accordingly, we will be unable to comply with the twenty working day time limit in this case, as well as the ten additional days provided by the statute.

        In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

        In accordance with Department of Justice regulation 28 C.F.R. § 16.3 (c) (1998), this letter also confirms your agreement to incur all applicable fees for processing your request, up to the amount of $25.  We consider you to be a commercial requester and, accordingly, you will be assessed  search, review, and duplication fees.  28 C.F.R. 16.11.  Please be advised that we anticipate the fees for processing your request are likely to exceed $25 and, accordingly, ask that you provide, in writing, your agreement to incur all fees associated with the processing of your request.  Alternatively, you may designate a specific amount you are willing to incur.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions regarding this letter you may contact me or Paralegal Specialist Wayne Foster at (202) 514-2692.

Sincerely yours,

Ann Lea Richards
Chief, FOIA/PA