# Exhibit 35



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

December 16, 2005

Ruta Kalvaitis Skuĉas
White & Case
701 Thirteenth Street, NW
Washington, DC 20005

    Re:   <u>Freedom of Information Act Request No. ATFY06-019</u>

Dear Ms. Skuĉas:

       This letter acknowledges receipt of your November 9, 2005 Freedom of Information Act (FOIA) request for copies of speeches, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, program materials announcing the speaking event, notes of any DOJ participation at a speech, e-mails relating to speeches, and any other documents related to any speeches (collectively "speeches and speech related materials") by any Antitrust Division official, which discusses in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's attempted withdrawal of amnesty status in the Eastern District of Pennsylvania and the appeal to the Third Circuit and/or the investigation into SNTG (the "SNTG matters"). In particular, you request material relating to the following: (1) any speeches and speech related materials relating to speeches relating to the SNTG matters by Scott D. Hammond, Deputy Assistant Attorney General, from June 2, 2005 (the date of SNTG's prior FOIA request, assigned control number ATFY05-072) to the present, including but not limited to the speeches given by Mr. Hammond in (a) New York City on September 14, 2005 and (b) in Brussels, Belgium on October 26, 2005; and (2) any public speeches and speech related materials relating to speeches give by any other Antitrust Division official concerning the SNTG matters, including but not limited to Lisa Phelan, (Chief, National Crime Enforcement Section), from March 1, 2004 to the present. Your request was received on November 9, 2005, and assigned control number ATFY06-019.

       The records you seek are maintained outside of this Office and our staff has not yet been able to complete a search to determine whether there are records within the scope of your request. Accordingly, we will be unable to comply with the twenty working day time limit in this case, as well as the ten additional days provided by the statute.

In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

In accordance with Department of Justice regulation 28 C.F.R. § 16.3 (c) (1998), this letter also confirms your agreement to incur all applicable fees involved in the processing of your request, up to the amount of $25. We consider you to be a commercial requester and, accordingly, you will be assessed search, review, and duplication fees. 28 C.F.R. § 16.11.

Please be advised that we anticipate the fees for processing your request are likely to exceed $25 and, accordingly, ask you to provide in writing, your agreement to incur all fees associated with the processing of your request. Alternatively, you may designate a specific amount you are willing to incur for processing your request.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions regarding this letter, you may contact me or Paralegal Specialist Wayne Foster at (202) 514-2692.

Sincerely,

Ann Lea Richards

Ann Lea Richards
Chief, FOIA/PA

2