# Exhibit 37

WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3690

December 7, 2005

FOIA/PA Officer, Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001

Re:   Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and
regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen
Transportation Group Ltd. ("SNTG") hereby requests that the U.S. Department of Justice,
Antitrust Division ("Antitrust Division"), release any and all materials relating to
communications, presentations or speeches by any Antitrust Division official, which discuss in
any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and
rationale for the Division's attempted withdrawal of amnesty from SNTG, and/or the Antitrust
Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of
Pennsylvania and the appeal to the U.S. Court of Appeals for the Third Circuit and/or the
investigation into SNTG (the "SNTG matters") by officials of the Antitrust Division to the
participants in the International Competition Network ("ICN"). This request includes, but is not
limited to:

1.   Presentations, speeches and discussions ("speeches"), including copies of speeches,
     PowerPoint slides, speech outlines, audio or video recordings of speeches including audio
     tapes, video tapes, CD-ROM or DVDs, notes of any DOJ participant at a presentation or
     speech, email communications, and any other documents related to any speeches
     (collectively "speeches and speech-related materials") made to the ICN by any Antitrust
     Division officials or any other ICN member relating to the SNTG matters;

2.   Electronic mail or facsimile communications between Antitrust Division officials and
     ICN members relating to the SNTG matters; and

3.   Any documents within the possession or control of the Antitrust Division or its officials
     memorializing communications, correspondence, presentations, meeting minutes or
     agenda relating to the SNTG matters with ICN members.

FOIA/PA Officer, Antitrust Division

WHITE & CASE

December 7, 2005

Because this information concerns documents and meetings regarding STNG and does not involve confidential information related to any individuals, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004) relating to the release of the material.  If this request is denied in whole or part, STNG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA.  STNG also expects the Antitrust Division to release all segregable portions of otherwise exempt material.  STNG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

STNG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000).  STNG is prepared to appeal any adverse decision regarding release of the requested materials.

Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas