# Exhibit 38



**U.S. Department of Justice**

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

December 16, 2005

Ruta Kalvaitis Skuĉas
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005

      Re:    <u>Freedom of Information Act Request No. ATFY06-026</u>

Dear Ms. Skuĉas:

      This letter acknowledges receipt of your December 7, 2005 Freedom of Information Act request for any and all materials relating to communications, presentations, or speeches by any Antitrust Division official, which discuss in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for what you characterize as the Division's "attempted" withdrawal of amnesty from SNTG, and/or the litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the U.S. Court of Appeals for the Third Circuit and/or the investigation into SNTG (the "SNTG matters") by officials of the Antitrust Division to the participants in the International Competition Network ("ICN"). Your request includes, but is not limited to the following: (1) presentations, speeches and discussions ("speeches"), including copies of speeches, PowerPoint slides, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, notes of any DOJ participant at a presentation or speech, e-mail communications, and any other documents related to any speeches (collectively "speeches and speech-related materials") made to the ICN by any Antitrust Division officials or any other ICN member relating to the SNTG matters; (2) Electronic mail or facsimile communications between Antitrust Division officials and ICN members relating to the SNTG matters; and (3) any documents within the possession or control of the Antitrust Division or its officials memorializing communications, correspondence, presentations, meeting minutes or agenda relating to the SNTG matters with ICN members. Your request was received and assigned control number ATFY06-026 on December 7, 2005.

      The records you seek are maintained outside of this Office and our staff has not yet been able to complete a search to determine whether there are records within the scope of your request. Accordingly, we will be unable to comply with the twenty working day time limit in this case, as well as the ten additional days provided by the statute.

In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

In accordance with Department of Justice regulation 28 C.F.R. § 16.3 (c) (1998), this letter also confirms your agreement to incur all applicable fees involved in the processing of your request, up to the amount of $25. We consider you to be a commercial requester and, accordingly, you will be assessed search, review, and duplication fees. 28 C.F.R. 16.11.

Please be advised that we anticipate the fees for processing your request are likely to exceed $25 and, accordingly, ask you to provide in writing, your agreement to incur all fees associated with the processing of your request. Alternatively, you may designate a specific amount you are willing to incur for processing your request.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions regarding this letter you may contact me or Paralegal Specialist Wayne Foster at (202) 514-2692.

Sincerely yours,

Ann Lea Richards
Chief, FOIA/PA

2