# Exhibit 46

```
CV 02 019 0051          :    SUPERIOR COURT

O'BRIEN                 :    STAMFORD/NORWALK J.D

VS                      :    AT STAMFORD

STOLT-NEILSEN           :    MARCH 29, 2004
```

B E F O R E:

      THE HONORABLE TAGGART ADAMS, JUDGE

A P P E A R A N C E S:

      FOR THE PLAINTIFF:

      DAVID GOLUB, ESQ.

      FOR THE DEFENDANT:

      JOHN WEIR, ESQ.

      DONNA NELSON HELLER, ESQ.

                        Reported by

                        Sharon Haas

second issue maybe before we decide this time table.

THE COURT: Okay.

MR. GOLUB: We applied to the court for permission for orders to take depositions of three individuals who are in Federal prison.

THE COURT: I thought I signed those.

MR. GOLUB: You did sign those.

THE COURT: Okay.

MR. GOLUB: And we have actually been trying to coordinate those depositions. And there was some time urgency because one of the people was getting out of prison this next week. I received a phone call this morning from the government, a anti-trust division in Philadelphia attorney who has been handling these matters. And as Mr. Weir just reported to the court, Stolt-Neilsen has been for now at least not in the amnesty program. And he requested in a nice but firm way - -

THE COURT: Who requested? The attorney in Philadelphia?

MR. GOLUB: Yes, I am trying to remember his exact title. He is the head of the anti-trust division in Philadelphia. John Conway. Robert Conway. And he requested that the depositions be deferred for some period of time.

We have also spoken - - the parties have spoken among ourselves about the need for additional time to do fact discovery in this case, and have agreed to apply to the court for an extension of the discovery period.

Mr. Conway asked if we would put these depositions off for ninety days in light of the government's pending and impending action in the matter. And I told him that it was not in Mr. O'Brien's interest to in any way obstruct the government's investigation and that subject to the court's response I would support that request of his.

MR. WEIR: Your honor, a couple of points on that.

THE COURT: Are we saying that we are unlikely to reach trial on November 15th?

MR. GOLUB: Yes.

MR. WEIR: That was my point, your honor, that I agree that an additional time for fact discovery is appropriate, provided that the other deadlines that were set forth in the case management order, including the trial date, be similarly adjourned so that I don't lose any substantive rights in regard to later motions or other types of trial preparation.