# Exhibit 50

**Connolly, Robert**

From: Connolly, Robert
Sent: Wednesday, June 08, 2005 3:41 PM
To: [redacted]
Subject: FW: Jo Tankers Sentencing Memo.WPD

7(c)
7(A)

Resend

Robert E. Connolly
Chief
Philadelphia Office
Antitrust Division, USDOJ
(215) 597-7405
(215) 597-8838 (fax)


-----Original Message-----
From: Connolly, Robert
Sent: Wednesday, June 08, 2005 3:29 PM
To: [redacted]
Subject: Jo Tankers Sentencing Memo.WPD       7(c)   7(A)

[redacted] You probably have this already, but in case you don't, it relates to Jo Tankers criminal fine.

Robert E. Connolly
Chief
Philadelphia Office
Antitrust Division, USDOJ
(215) 597-7405
(215) 597-8838 (fax)


Jo Tankers
encing Memo.W

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 04-221 |
| v. : | |
| : | Judge Jan E. DuBois |
| JO TANKERS, B.V., : | |
| : | Filed: |
| Defendant. : | |

ORDER

AND NOW, this 8th day of June, 2004, upon consideration of the Government's motion, pursuant to Section 8C4.1 of the Sentencing Guidelines, for a downward departure, the Court enters this Order.

Pursuant to United States v. Torres, 251 F.3d 138, 145-46 (3d Cir. 2001), when considering departure below the sentencing range pursuant to Section 5K1.1, the Court is required to conduct a "qualitative, case-by-case analysis" which includes examination of enumerated and other relevant factors. The Court has conducted such an analysis here, and finds as follows:

1.   Nature and Extent of Assistance

Section 8C4.1(b)(2) of the Guidelines lists as a relevant factor the nature and extent of the organization's assistance. In this case, Jo Tankers and its subsidiaries have produced more than 40 boxes of their corporate records to the Government. Moreover, they have provided the Government with additional highly relevant documents that were located in the Netherlands and, thus, outside the reach of the grand jury. In addition, at the Government's request, Jo Tankers provided its employees with independent counsel and urged them to cooperate with the

FOIA-DOJ-000668

Government. As a result, the Government has obtained the cooperation of three of Jo Tankers' top executives, including Hendrikus "Rick" van Westenbrugge, formerly a Co-Managing Director. Van Westenbrugge has pleaded guilty and is serving a sentence of incarceration. Two of the company executives are Dutch citizens and all currently reside outside the United States and, thus, are outside the jurisdictional reach of the grand jury. Jo Tankers has made all three executives available at its expense in Philadelphia for interviews by the Government. Jo Tankers expressed a willingness to enter into a plea agreement with the Government early in the investigation. Jo Tankers also immediately encouraged its employees to cooperate, which enabled the Government to obtain valuable evidence early in the investigation. Jo Tankers has also identified other employees who may have information useful to the ongoing investigation.

Jo Tankers is committed to continuing its cooperation by, among other things, providing documents and making its executives available at the company's expense to come to the United States to be interviewed, or to testify before the grand jury or at any trial that may result from the investigation.

2.  **Timeliness**

Section 8C4.1(b)(3) lists as a relevant factor the timeliness of the organization's assistance. In this case, Jo Tankers' offer of cooperation came soon after it became aware of the Government's investigation.

3.  **Court's Evaluation of the Significance and Usefulness of the Assistance**

Section 8C4.1(b)(1) lists as a relevant factor the "court's evaluation of the significance and usefulness of the organization's assistance." In this case, the defendant has provided full and substantial cooperation which has been significant and useful. Jo Tankers' cooperation has

2

resulted in the Government obtaining credible information against both corporate and individual co-conspirators. The Court finds it significant that as a foreign corporation with headquarters outside the United States, Jo Tankers could have retained highly relevant documents at its Dutch offices and refused to cooperate and encourage the cooperation of its executives who resided outside the United States. It chose, however, to assist the Government early in its investigation in a highly significant and useful way.

Upon considering and balancing all of these factors, the Court determines that the defendant provided important and timely information in a matter of public significance and, accordingly, is entitled to a downward departure at sentencing.

Therefore, the Government's motion under Section 8C4.1 is hereby granted, based on the defendant's substantial assistance in the investigation of others.

BY THE COURT:

*Jan E. DuBois*
JAN E. DUBOIS
United States District Judge

3

FOIA-DOJ-000670

2:04-cr-00221-JD

ANTONIA R. HILL
UNITED STATES DEPT. OF JUSTICE
CURTIS CENTER, SUITE 650 W
170 S. INDEPENDENCE MALL WEST
PHILADELPHIA PA 19106

215-597-8838

FOIA-DOJ-000671