UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 06-474 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Extension of Time to respond to plaintiff's motion for partial summary judgment filed on May 13, 2006, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including November 30, 2006 to file a reply to plaintiff's partial motion for summary judgment filed on May 13, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau

701 13th St., N.W.
Washington, D.C. 20005