UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> United States of America, <br><br> *Defendant*. | Civil Case No. 1:06CV000474 (RJL) |

**DEFENDANT'S STATUS REPORT AND**
**PROPOSED BRIEFING SCHEDULE**

Defendant, the United States of America, respectfully files this status report and proposed briefing schedule. On May 23, 2006, defendant moved to consolidate this case with related case, *Stolt-Nielsen Transportation Group Ltd. v. United States*, 05-cv-2217. Should that motion be granted, this proposed schedule will become moot.

Because this is a Freedom of Information Act action, it is exempt from the requirements contained in Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure as well as Local Rule 16.3.

Defendant is of the opinion that this action can be resolved through the filing of a *Vaughn* index and dispositive motions. The defendant proposes the following briefing schedule. These dates are compatible with the scheduling order entered in an earlier-filed related case, civil action 05-2217. In that case, cross motions are due on June 30, 2006; responses are due on July 31, 2006; and replies are due on August 17, 2006.

      September 11, 2006      Defendant to file *Vaughn* index

2

| | |
|---|---|
| October 27, 2006: | Plaintiff and Defendant to file cross-motions for summary judgment. |
| November 30, 2006: | Deadline to file responses to summary judgment motions. |
| December 18, 2006: | Deadline to file replies in support of summary judgment motions. |

Defendant does not believe that an appearance before the Court prior to resolution of the dispositive motions will be necessary.

Dated:  May 25, 2006                                Respectfully submitted,

                                                    ___/s/_____
                                                  KENNETH L. WAINSTEIN
                                                  D.C. Bar No. 451058
                                                  United States Attorney

                                                  ___/s/_____
                                                  CHARLOTTE A. ABEL
                                                  D.C. Bar No. 388582
                                                  Assistant United States Attorney
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  (202) 307-2332

                                                  *Counsel to the United States of America*