UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States Department of Justice, *Defendant*. | Civil Action No. 06cv474 (RJL) |

### ORDER DENYING MOTION FOR EXTENSION OF TIME

Upon consideration of the motion for extension of time filed by the defendant, United States Department of Justice, and the response to the motion filed by the plaintiff, Stolt-Nielsen Transportation Group Ltd., it is hereby

ORDERED that the motion is denied.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge