UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff,* <br><br> v. <br><br> United States Department of Justice, <br><br> *Defendant.* | Civil Action No. 06cv474 (RJL) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of the motion for extension of time filed by the defendant, United States Department of Justice, and the response to the motion filed by the plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the defendant may file its *Vaughn* index in this case no later than June 16, 2006; and it is further

ORDERED that the defendant may file is response to the motion for partial summary judgment filed by Stolt-Nielsen no later than June 16, 2006.


Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge