UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
STOLT-NIELSEN TRANSPORTATION GROUP )
LTD., )
)
      Plaintiff, )
)   C.A. 05-2217 (RJL)
     v. )   C.A. 06-474 (RJL)
)   (Consolidated)
U.S. DEPARTMENT OF JUSTICE, )
)
      Defendant. )
_____)

<u>ORDER</u>

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time to File Cross-Motions for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that both parties shall have up to and including August 18, 2006, to file dispositive motions. The scheduling order entered on June 27, 2006, shall remain in effect in all other respects.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau

701 13th St., N.W.
Washington, D.C. 20005