**Foster, Wayne**

| | |
|---|---|
| From: | Barnett, Belinda |
| Sent: | Sunday, December 18, 2005 4:18 PM |
| To: | Foster, Wayne |
| Subject: | FW: Revised Enforcers Roundtable Questions_v1.DOC |

[redacted]

-----Original Message-----
From: Barnett, Belinda
Sent: Thursday, March 25, 2004 4:20 PM
To: Grannon, Eric
Subject: RE: Revised Enforcers Roundtable Questions_v1.DOC

sure

-----Original Message-----
From: Grannon, Eric
Sent: Thursday, March 25, 2004 4:18 PM
To: Barnett, Belinda
Subject: FW: Revised Enforcers Roundtable Questions_v1.DOC

[redacted (b)(5)]

-----Original Message-----
From: Jenkins, Gloria On Behalf Of Pate, R. Hewitt
Sent: Thursday, March 25, 2004 4:11 PM
To: Grannon, Eric
Cc: Pate, R. Hewitt
Subject: FW: Revised Enforcers Roundtable Questions_v1.DOC

FYI

Gloria

-----Original Message-----
From:      KGrady@alston.com [mailto:KGrady@alston.com]
Sent:      Thursday, March 25, 2004 4:01 PM
To:  Pate, R. Hewitt; muristj@ftc.gov; Trish_Conners@oag.state.fl.us; philip.lowe@cec.eu.int
Cc:  dcklawiter@morganlewis.com; bruckmannb@howrey.com; TVOORHEES@COV.COM; jangland@deweyballantine.com; ABiegel@alston.com; TravisJ@staff.abanet.org
Subject:   Revised Enforcers Roundtable Questions_v1.DOC

<<Revised Enforcers Roundtable Questions_v1.DOC>> Tim, Hew, Trish and



1

ATR-2341

Philip, I am forwarding a slightly revised list of questions for the Enforcers' Roundtable. The EC/Microsoft decision and the DOJ's announcement about its corporate leniency program and the expulsion from the program of a company in the parcel tanker shipping case have led to these slight modifications.

For your convenience, the slightly revised or new questions are contained in Question #1 to Hew, Question # 16 to Philip and to Hew, Question # 17 to Trish. We have also slightly re-ordered the category of "Single Firm Conduct" questions so that they are now all together in the second hour in ## 16-18.

I hope that you don't have any problems with this modest re-ordering and revision of the questions, but given the recent developments mentioned above, we believe that the Section members would expect us to ask these types of questions. Obviously, if any of you intend to address these issues in your opening remarks, we can modify the questions accordingly.

Thanks again for taking the time to review these. I doubt that we will be able to cover every one, but I think we have a broad and deep range of questions that should be of particular interest to our Section members. I hope you agree. I look forward to seeing you next week. In the meantime, if you do have any additional reactions to the questions, please let me know. Otherwise, the next time we will make final preparations for the session will be at breakfast on Friday morning at 8:15 in Suite 1231 at the Marriott.
Kevin

NOTICE:  This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof.  Thank you.

ATR-2342