**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3690

ATFY06-019

November 9, 2005

*[Received stamp: 2005 NOV -9 PM 4: 23 FOIA/PA UNIT ANTITRUST DIVISION]*

FOIA/PA Officer, Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001

Re:  Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group Ltd. ("SNTG") hereby requests that the U.S. Department of Justice ("Department"), Antitrust Division ("Antitrust Division") release copies of speeches, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, program materials announcing the speaking event, notes of any DOJ participant at a speech, emails relating to speeches, and any other documents related to any speeches (collectively "speeches and speech-related materials") by any Antitrust Division official, which discusses in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's attempted withdrawal of amnesty from SNTG, and/or the Antitrust Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the Third Circuit and/or the investigation into SNTG (the "SNTG matters"). In particular, SNTG requests material related to:

(1) Any speeches and speech-related materials relating to speeches relating to the SNTG matters by Scott D. Hammond, Deputy Assistant Attorney General and Director of Criminal Enforcement, from June 2, 2005 (the date of SNTG's prior FOIA request, assigned control number ATFY05-072) to the present, including but not limited to the speeches given by Mr. Hammond (a) in New York City on September 14, 2005, and (b) in Brussels, Belgium on October 26, 2005; and

(2) Any public speeches and speech-related materials relating to speeches given by any other Antitrust Division official concerning the SNTG matters, including but not limited to Lisa Phelan (currently Chief, National Crime Enforcement Division), from March 1, 2004 to the present.

*[Government Exhibit 0]*

WHITE & CASE

As this request relates to public comments made by Antitrust Division officials regarding SNTG, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004).

If this request is denied in whole or part, SNTG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. SNTG also expects the Antitrust Division to release all segregable portions of otherwise exempt material. SNTG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

SNTG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). SNTG is prepared to appeal any adverse decision regarding release of the requested materials. Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas