**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel + 1 202 626 3600  
Fax + 1 202 639 9355  
www.whitecase.com

Direct Dial + (202) 626-3690

December 7, 2005

ATFY 06-026

FOIA/PA Officer, Antitrust Division  
Department of Justice  
Suite 200, Liberty Place Building  
Washington, DC 20530-0001

05 DEC -7 PM 4:44 RECEIVED ANTITRUST DIVISION

Re:   Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group Ltd. ("SNTG") hereby requests that the U.S. Department of Justice, Antitrust Division ("Antitrust Division"), release any and all materials relating to communications, presentations or speeches by any Antitrust Division official, which discuss in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's attempted withdrawal of amnesty from SNTG, and/or the Antitrust Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the U.S. Court of Appeals for the Third Circuit and/or the investigation into SNTG (the "SNTG matters") by officials of the Antitrust Division to the participants in the International Competition Network ("ICN"). This request includes, but is not limited to:

1. Presentations, speeches and discussions ("speeches"), including copies of speeches, PowerPoint slides, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, notes of any DOJ participant at a presentation or speech, email communications, and any other documents related to any speeches (collectively "speeches and speech-related materials") made to the ICN by any Antitrust Division officials or any other ICN member relating to the SNTG matters;

2. Electronic mail or facsimile communications between Antitrust Division officials and ICN members relating to the SNTG matters; and

3. Any documents within the possession or control of the Antitrust Division or its officials memorializing communications, correspondence, presentations, meeting minutes or agenda relating to the SNTG matters with ICN members.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT  
HO CHI MINH CITY   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUMBAI  
PARIS   PRAGUE   RIYADH   ROME   SAN FRANCISCO   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW

GOVERNMENT EXHIBIT P

FOIA/PA Officer, Antitrust Division

WHITE & CASE

December 7, 2005

Because this information concerns documents and meetings regarding STNG and does not involve confidential information related to any individuals, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004) relating to the release of the material. If this request is denied in whole or part, STNG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. STNG also expects the Antitrust Division to release all segregable portions of otherwise exempt material. STNG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

STNG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). STNG is prepared to appeal any adverse decision regarding release of the requested materials.

Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

*[signature]*

Ruta Kalvaitis Skučas

2