UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                )
STOLT-NIELSEN TRANSPORTATION                )
GROUP LTD.,                                                  )
                                                                )
                     Plaintiff,                              )          Civil Action No. 05-2217 (RJL)
                                                                )          Civil Action No. 06-474 (RJL)
                                                                )          (Consolidated)
                     v.                                       )
                                                                )
U.S. DEPARTMENT OF JUSTICE,             )
                                                                )
                     Defendant.                           )
_____)

**CONSENT MOTION
TO ENLARGE THE TIME TO FILE
OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

Federal defendant moves,  pursuant to Fed.R.Civ.P. 6(b), to extend the time within which

both parties may oppose motions for summary judgment.  Both parties have filed motions for

summary judgment and oppositions are due on September 11, 2006.

The grounds for the motion to enlarge time are that the defendant was unable to complete

an opposition to plaintiff's motion by September 11, 2006, as originally anticipated due to work

on five newly-assigned cases (*Talbott v. Bureau of Prisons*, 06-1194; *Richardson v.

Gutierrez*,06-517; *Squaw Valley Development Co. v. Dudas*, 06-1301; *Bagenstose v. EEOC*, CA

06-1245, and *Jasperson v. Bureau of Prisons*, 06-1488), in addition to preparation for a motions

hearing in *Paige v. Wood*, CA 03-2389.  Should the Court grant this enlargement, it will not

affect the remaining dates in the briefing schedule entered on June 27, 2006.  Barring unforseen

circumstances, briefing should still be concluded by October 20, 2006 in conformity with the

briefing schedule already in place.

WHEREFORE, defendant moves to enlarge the time in which both parties may file their oppositions to motions for summary judgment, until and including, September 22, 2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

____/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

____/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332