UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | C.A. 05-2217 (RJL) <br> C.A. 06-474 (RJL) <br> (Consolidated) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time to File Oppositions to Motions for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that both parties shall have up to and including September 22, 2006, to oppose each other's dispositive motions. The scheduling order entered on June 27, 2006, shall remain in effect in all other respects.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau

701 13th St., N.W.
Washington, D.C. 20005