UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2217 (RJL) |
| | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-474 (RJL) |
| | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the plaintiff's motion for partial summary judgment, and the opposition thereto, it is this _____ day of _____, 2006:

ORDERED, that the plaintiff's motion for partial summary judgment should be, and it is hereby, denied.
.

_____
UNITED STATES DISTRICT JUDGE