UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF JUSTICE, </br></br> Defendant. | C.A. 05-2217 (RJL) </br> C.A. 06-474 (RJL) </br> (Consolidated) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time to File Replies to Oppositions to Cross-Motions for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that both parties shall have up to and including October 24, 2006, to reply to the other party's opposition to motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran

Lucius B. Lau
701 13th St., N.W.
Washington, D.C. 20005