UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 05-2217 (RJL) Civil Action No. 06-474 (RJL) (Consolidated) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION
TO ENLARGE THE TIME TO FILE
REPLIES TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b), to extend the time within which both parties may file replies to oppositions to motions for summary judgment. The parties have filed cross-motions for summary judgment. Both parties filed oppositions to the cross-motions on September 27, 2006. Replies are currently due on October 24, 2006.

The grounds for the motion to enlarge time are that the defendant was unable to complete its reply to plaintiff's motion by October 24, 2006, as originally anticipated due to work on simultaneous deadlines in other cases including an answer in *Rotair Industries v. DOJ*, a motion to dismiss in *Bagenstose v. EEOC,* 06-1245, objections in *Paige v. Wood*, 03-2389, and an opposition to a motion for summary judgment in *PEER v. Office of Special Counsel*, 04-2021.

WHEREFORE, defendant moves to enlarge the time in which both parties may file their replies to oppositions to cross-motions for summary judgment, until and including, October 27, 2006.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel consents to this motion.

A proposed order is attached.

                              Respectfully submitted,

                              ___/s/_____
                              JEFFERY A. TAYLOR
                              D.C. Bar No. 451058
                              United States Attorney

                              ___/s/_____
                              CHARLOTTE A. ABEL
                              D.C. Bar No. 388582
                              Assistant United States Attorney
                              555 Fourth St., N.W.
                              Washington, D.C. 20530
                              (202) 307-2332