# EXHIBIT D

Case 1:06-cv-00474-RJL    Document 37-5    Filed 10/27/2006    Page 1 of 4

|    | Plaintiff's Control #'s: | Defendant's Bates #'s | Plaintiff's Exhibit 4 Pg. #: |
|----|---|---|---|
| 1  | 513 | ATR-4191-4212 | 21 |
| 2  | 514 | ATR-4213-4279 | 21 |
| 3  | 515 | ATR-4280-4345 | 21 |
| 4  | 516 | ATR-4346-4431 | 22 |
| 5  | 517 | ATR-4432-4585 | 22 |
| 6  | 518 | ATR-4586-4597 | 22 |
| 7  | 519 | ATR-4598-4609 | 23 |
| 8  | 99  | ATR-550-551 | 23 |
| 9  | 364 | ATR-2332-2334 | 24 |
| 10 | 523[1] | ATR-4622-4649 | 25 |
| 11 | 525 | ATR-4650-4965 | 27 |
| 12 | 526[2] | ATR-4966-4989 | 29 |
| 13 | 359 | ATR-2252 | 35 |
| 14 | 98  | ATR-549 | 85 |
| 15 | 351 | ATR-2233-2235 | 118 |
| 16 | 93  | ATR-539 | 120 |
| 17 | 112 | ATR-575 | 121 |
| 18 | 121 | ATR-590 | 140 |
| 19 | 478 | ATR-4065-4066 | 140 |
| 20 | 482 | ATR-4071-4072 | 141 |
| 21 | 512 | ATR-4190 | 142 |
| 22 | 350 | ATR-2232 | 143 |
| 23 | 355 | ATR-2246-2247 | 144 |
| 24 | 88  | ATR-531 | 145 |
| 25 | 363 | ATR-2328-2331 | 145 |
| 26 | 362 | ATR-2325-2327 | 151 |
| 27 | 360 | ATR-2253-2275 | 152 |
| 28 | 361 | ATR-2276-2324 | 153 |
| 29 | 357 | ATR-2249-2250 | 162 |

---

[1] Note plaintiff gives a separate control number (524) on page 26 of its exhibit 4 for part of ATR 4622-4649, but the control number merely pertains to a continuation of ATR-4622-4649 and does not relate to a separate document.

[2] Note plaintiff gives a separate control number (527) on page 30 of its exhibit 4 for part of ATR-4966-4989, but the control number merely pertains to a continuation of ATR-4966-4989 and does not relate to a separate document.

|    | Plaintiff's Control #'s: | Defendant's Bates #'s | Plaintiff's Exhibit 4 Pg. #: |
|----|--------------------------|------------------------|------------------------------|
| 30 | 95  | ATR-543-544   | 168 |
| 31 | 90  | ATR-534-535   | 168 |
| 32 | 81  | ATR-519-520   | 169 |
| 33 | 82  | ATR-521-522   | 169 |
| 34 | 91  | ATR-536-537   | 170 |
| 35 | 329 | ATR-2185      | 184 |
| 36 | 371 | ATR-2345      | 184 |
| 37 | 389 | ATR-2375      | 185 |
| 38 | 83  | ATR-523       | 194 |
| 39 | 97  | ATR-548       | 195 |
| 40 | 358 | ATR-2251      | 200 |
| 41 | 509 | ATR-4187      | 200 |
| 42 | 352 | ATR-2236-2238 | 202 |
| 43 | 353 | ATR-2239-2241 | 202 |
| 44 | 354 | ATR-2242-2245 | 203 |
| 45 | 481 | ATR-4069-4070 | 205 |
| 46 | 89  | ATR-532-533   | 205 |
| 47 | 477 | ATR-4062-4064 | 205 |
| 48 | 492 | ATR-4159      | 207 |
| 49 | 480 | ATR-4068      | 208 |
| 50 | 483 | ATR-4073-4076 | 208 |
| 51 | 484 | ATR-4077-4132 | 212 |
| 52 | 499 | ATR-4169      | 214 |
| 53 | 485 | ATR-4133-4134 | 215 |
| 54 | 486 | ATR-4135-4136 | 215 |
| 55 | 87  | ATR-529-530   | 236 |
| 56 | 370 | ATR-2344      | 238 |
| 57 | 374 | ATR-2352      | 238 |
| 58 | 375 | ATR-2353      | 239 |
| 59 | 520 | ATR-4610      | 241 |
| 60 | 111 | ATR-570-574   | 245 |
| 61 | 376 | ATR-2354-2355 | 246 |
| 62 | 377 | ATR-2356      | 246 |
| 63 | 378 | ATR-2357-2359 | 247 |
| 64 | 379 | ATR-2360      | 247 |
| 65 | 380 | ATR-2361      | 248 |

|    | Plaintiff's Control #'s: | Defendant's Bates #'s | Plaintiff's Exhibit 4 Pg. #: |
|----|---|---|---|
| 66 | 381 | ATR-2362 | 248 |
| 67 | 79 | ATR-516-517 | 249 |
| 68 | 104 | ATR-557-558 | 249 |
| 69 | 105 | ATR-559 | 250 |
| 70 | 106 | ATR-560-561 | 250 |
| 71 | 107 | ATR-562-563 | 251 |
| 72 | 479 | ATR-4067 | 259 |
| 73 | 489 | ATR-4139-4140 | 260 |
| 74 | 372 | ATR-2346 | 263 |
| 75 | 382 | ATR-2363 | 264 |
| 76 | 383 | ATR-2364-2365 | 264 |
| 77 | 385 | ATR-2368 | 265 |
| 78 | 390 | ATR-2376 | 265 |
| 79 | 384 | ATR-2366-2367 | 266 |