# Exhibit 4



1200 G Street N.W. Suite #1100
Washington, DC 20005-3802

October 18, 2006

Ann Lea Richards
Chief FOIA Officer
Attn: Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, D.C. 20530-0001

**VIA FACSIMILE**

**Freedom of Information Act Request**

Dear Ms. Richards:

    Pursuant to the Freedom of Information Act (FOIA), I am requesting on behalf of Business Week magazine any and all copies of amnesty agreements entered into by the Justice Department's Antitrust Division from August 1993 to the present.

    If for any reason your agency determines that certain portions of this request are exempt from disclosure under FOIA, please redact the necessary information and reference the specific FOIA exemption pertaining to those redactions. Should you determine that any complete documents are exempt from disclosure, please identify the documents and explain the basis.

    This request in no way waives any of my rights to appeal any determination that you make regarding the applicability of any FOIA exemptions to the requested documents.

    I am requesting PTO to supply these documents in electronic form if at all possible. As Business Week is a bona fide news organization and this request is made in the interest of the public, I request that the costs of supplying this information be waived. Documents may be delivered via e-mail to lorraine_woellert@businessweek.com, or to this address:

Lorraine Woellert
c/o Business Week
1200 G. St. NW
Suite 1100
Washington, DC 20005

    Thank you for your prompt consideration of this request. I may be reached at (202) 383-2221 if you have any questions. I look forward to hearing from you.

Sincerely,

*Lorraine A. Woellert*

Lorraine Woellert

www.businessweek.com