

U.S. Department of Justice

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC  20530*

November 6, 2006

Lucius B. Lau
White & Case, LLP
701 Thirteenth Street, NW
Washington, D.C.  20005

    Re:    Documents Relating to Consolidated Cases: *Stolt-Nielsen Transportation Group, Ltd. v. United States of America*, Civil Action No. 05cv2217 (RJL) and *Stolt-Nielsen Transportation Group, Ltd. v. United States of America*, Civil Action No. 06cv474 (RJL)

Dear Mr. Lau:

    Please be advised that we are enclosing information relating to the above entitled cases that we had previously determined to be exempt from public disclosure pursuant to the Freedom of Information Act.  We have included a chart consisting of the applicable bates numbers, whether these documents were previously withheld in full or redacted in part, and the form in which they are now being disclosed.

                                                     Sincerely,

                                                     /s/

                                                   Ann Lea Richards
                                                   Chief,
                                                   Freedom of Information Act Unit

Enclosures

cc: Charlotte Abel

Key

**W** - Document Withheld in Full
**R** - Document Released as Redacted
**F** - Document Released in Full
**\*** - Some Previously Redacted Material is Disclosed

| Bates Number of Documents Produced on Nov. 6, 2006 | Form in Which Document Previously Produced | Form in Which Document Produced on Nov. 6, 2006 |
|---|---|---|
| ATR-441-442 | R | R* |
| ATR-443 | R | F |
| ATR-461 | R | F |
| ATR-464 | R | F |
| ATR-465-468 | R | F |
| ATR-469-471 | R | R* |
| ATR-472 | R | F |
| ATR-482-484 | R | F |
| ATR-1350-1351 | R | F |
| ATR-052-054 | R | R* |
| ATR-055-058 | R | R* |
| ATR-2354-2355 | W | R |
| ATR-2356 | W | R |
| ATR-2357-2359 | W | R |
| ATR-2360 | W | R |
| ATR-2364-2365 | W | F |
| ATR-2366-2367 | W | R |
| ATR-2368 | W | R |
| ATR-2369-2370 | R | R* |

| ATR-2346 | W | R |
|---|---|---|
| ATR-001-014 | R | R* |
| ATR-019-020 | R | F |
| ATR-021-035 | R | F |
| ATR-036-038 | R | R* |
| ATR-048-049 | R | F |
| ATR-059-060 | R | R* |