UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff,*

v.

United States Department of Justice,

*Defendant.*

Civil Action No. 06cv0474 (RJL)

### PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Stolt-Nielsen Transportation Group Ltd. appeals from this Court's memorandum opinion (docket #47) and final judgment (docket #48) of March 28, 2007 to the United States Court of Appeals for the D.C. Circuit.

Dated: May 29, 2007

Respectfully submitted,

**WHITE & CASE LLP**

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*